UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                              CASE NUMBER 17-51005

Harvey Broussard

DEBTOR                                              CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THE CASE or deemed filed 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A | CitiFinancial Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
Carrington Mortgage Services, LLC
Bankruptcy Department
1600 South Douglass Road
Anaheim, CA. 92806
Phone: (800) 561-4567
Last Four Digits of Acct #: 0652

Court Claim # 1-1
Amount of Claim: $28,802.76
Date Claim Filed: 08/22/2017
Last Four Digits of Acct #: 2527
Phone: (888) 701-6280

Name and Address where transferee
payments should be sent (if different from above):
Carrington Mortgage Services, LLC
Bankruptcy Department
P.O. Box 3730
Anaheim, CA. 92806
Phone: (800) 561-4567
Last Four Digits of Acct #: 0652

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: _/s/ Emily E. Holley_                           Date: 12/14/2017
--------------------------------------------------
Emily E. Holley (#36875), Attorney for Transferee